# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| MATTHEW JASON MENNONA<br>NICOLE MARIE MENNONA, | Case No. 21-11967 TBM |
| | Chapter 7 |
| SSN: XXX-XX-7408<br>SSN: XXX-XX-9187, | |
| Debtors. | |

## ORDER ON STIPULATED FACTS AND JOINT MOTION TO CONVERT EVIDENTIARY HEARING TO ARGUMENT ON SANCTIONS

THIS MATTER came before the Court upon the *Stipulated Facts and Joint Motion to Convert Evidentiary Hearing to Argument on Sanctions* (the "**Stipulation and Motion**"), filed by Simon E. Rodriguez, the duly appointed chapter 7 trustee in this case, and debtors Matthew Jason Mennona and Nicole Marie Mennona (the "**Debtors**"). The Court, having considered the Stipulation and Motion, finds good cause to accept the stipulated facts and grant the Motion. Accordingly,

**IT IS HEREBY ORDERED** that the stipulated facts set forth in paragraphs 1-20 of the Stipulation and Motion are deemed uncontested and accepted as true by the Court for all evidentiary purposes.

**IT IS HEREBY FURTHER ORDERED** that the Motion is GRANTED. The September 22, 2021 at 9:00 a.m. hearing on the Court's *Order to Debtors to Show Cause Why Sanctions for Civil Contempt Should Not be Imposed and Notice of Hearing* [ECF No. 63] and the Debtors' response [ECF No. 65] is converted to a non-evidentiary hearing on appropriate sanctions, if any. All pre-hearing requirements set forth in ECF Nos. 68-70 are VACATED.

**IT IS HEREBY FURTHER ORDERED** the hearing will no longer be via Zoom, but rather *counsel and parties may appear either in-person or by telephone*. If counsel and/or parties elect to appear in person, all in-person participants shall comply with the "Administrative Order of the Chief Judge 2020-2" and the Entry and Operational Protocols set forth therein as located on the Court's website (https://www.cob.uscourts.gov/sites/default/files/generalorders/ao2020-2.pdf).

If counsel and/or parties elect to participate by telephone, all telephonic participants shall call 1-888-684-8852 before the scheduled time of the hearing. The Meeting ID for the conference call is 3187256, followed by the # sign. The Court strongly recommends use of a land

line if appearing by phone. Please stay on the line until the Court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in Court, it will be deemed a failure to appear. Failure to connect to the conference call line in a timely manner may preclude your participation in the hearing. In the event you are otherwise unable to connect after following the instructions provided above, please call the Team of the undersigned Judge at 720-904-7463 and leave a name, case number and a telephone number where you can be reached and the Court will return the call.

DATED this 20th day of September, 2021.

BY THE COURT:

_Thomas B. McNamara_
Thomas B. McNamara,
United States Bankruptcy Judge