UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-11967-TBM |
| MATTHEW JASON MENNONA ) | |
| NICOLE MARIE MENNONA ) | Chapter 7 |
| SSNs:  XXX-XX-7408 ) | |
|         XXX-XX-9187 ) | |
|     Debtor(s). ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR DEBTOR

COMES NOW Stephen Berken of Berken Cloyes, PC, and hereby enters his appearance as new counsel of record for the Debtors, Matthew and Nicole Mennona, in substitution for the Debtor's counsel, Devon Barclay.

    The undersigned represent that the Debtor's previous counsel, Devon Barclay, and the Debtors, have agreed to the substitution and withdrawal of counsel.

Dated this 8th of October, 2021.   Respectfully submitted:

/s/Devon M. Barclay
Devon M. Barclay #52663
2434 Ingalls Street
Denver, CO 80214
720-515-9887 Office
devon@devonbarclaypc.com

/s/Steve Berken
Berken Cloyes PC
1159 Delaware Street
Denver, CO  80204
(303) 623-4357.  Ext. 227
Fax: (720) 554-7853