UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-11967-TBM |
| MATTHEW JASON MENNONA ) | |
| NICOLE MARIE MENNONA ) | Chapter 7 |
| SSNs:   XXX-XX-7408 ) | |
|            XXX-XX-9187 ) | |
|       Debtor(s). ) | |

**RESPONSE TO COURT'S ORDER**

COMES NOW Devon Barclay, and files the following response to the Court's Order requesting evidence that Counsel paid the sanctions related to the motion for turnover.

1. Counsel did pay the sanctions that were imposed in this case, in the amount of $2,783.50, by certified check and mailed to the address directed by the Court.

2. Payment was made by certified mail, and Counsel has attached proof that the payment was delivered.

Dated this 8th of October, 2021.          Respectfully submitted:

/s/Devon M. Barclay
Devon M. Barclay #52663
2434 Ingalls Street
Denver, CO 80214
720-515-9887 Office
devon@devonbarclaypc.com

/s/Steve Berken
Berken Cloyes PC
1159 Delaware Street
Denver, CO  80204
(303) 623-4357.  Ext. 227
Fax: (720) 554-7853